

ATTORNEYS LICENSED TO PRACTICE LAW IN INDIANA & KENTUCKY

915 MAIN STREET • SUITE 207
EVANSVILLE, INDIANA 47708
812.402.1740

August 31, 2016

Jon Blankenberger
U.S. District Court Southern District of Indinana
101 NW MLK Jr. Blvd.
Evansville, IN 47708

RE:   Change of Address

Dear Clerk:

    Please be advised that my address has changed. My new information is listed below:

        Chad E. Groves
        PO Box 998
        915 Main Street, Suite 207
        Evansville, IN 47708
        cgroves@groveslawllp.com

    Please contact me should you have any questions.

Respectfully,

Chad E. Groves

CEG/jm